**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. WELL SERVICES, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| V. | § | |
| | § | Case No. 4:21-CV-3441 |
| VOLTAGRID LLC, NATHAN OUGH, | § | |
| CERTARUS (USA) LTD., AND JARED | § | |
| OEHRING, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

**PLAINTIFF U.S. WELL SERVICES, LLC AND DEFENDANT CERTARUS (USA)**
**LTD.'S AGREED MOTION TO STAY**

Plaintiff U.S. Well Services, LLC ("USWS") and Defendant Certarus (USA) Ltd. ("Certarus") (collectively, "the Parties") file this agreed motion to stay the claims between the Parties in this case for 30 days.  The Parties have reached an agreement in principle to settle this matter.  The requested stay will allow the Parties to finalize their agreement and move for dismissal without taking up further judicial resources in the meantime.

Accordingly, the Parties respectfully request the Court grant the stay requested herein.

IT IS SO ORDERED:

Signed: _____, 2022.

_____
HON. LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE

1

Dated: January 21, 2022

Respectfully submitted,

*/s/ John A. Yates*
John A. Yates
Texas State Bar No. 24056569
SDTX Fed. ID No. 1086753
jyates@pattersonsheridan.com
B. Todd Patterson
Texas State Bar No. 00789537
SDTX Fed. ID No. 17583
tpatterson@pattersonsheridan.com
Kyrie K. Cameron
Texas State Bar No. 24097450
SDTX Fed. ID No. 3528921
kcameron@pattersonsheridan.com
Edgar N. Gonzalez
Texas State Bar No. 24092431
SDTX Fed. ID No. 3607002
egonzalez@pattersonsheridan.com
Joshua Hain Park
Texas State Bar. No. 24121766
SDTX Fed. ID No. 3653542
jpark@pattersonsheridan.com

**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846
***Attorneys for Plaintiff,***
***U.S. Well Services, LLC***

*/s/* Anna Rotman *(with permission)*
Anna Rotman
anna.rotman@kirkland.com
Adam R. Alper
aalper@kirkland.com
Michael W. De Vries
michael.devries@kirkland.com
Benjamin Allen Herbert
benjamin.herbert@kirkland.com

**Kirkland & Ellis LLP**
609 Main, Suite 4600
Houston, Texas 77002
***Counsel for Certarus (USA) Ltd.***

2

## CERTIFICATE OF SERVICE

I certify that, on January 21, 2022, I served a copy of the foregoing document on the following counsel of record via the Court's CM/ECF system.

**MORGAN, LEWIS & BOCKIUS LLP**
C. Erik Hawes
erik.hawes@morganlewis.com
Seth M. Gerber (admitted pro hac vice)
seth.gerber@morganlewis.com
Jared Wilkerson
jared.wilkerson@morganlewis.com
Thomas R. Davis
thomas.davis@morganlewis.com
Claire Swift Kugler
claire.kugler@morganlewis.com
Archis (Neil) V. Ozarkar
neil.ozarkar@morganlewis.com
Veronica J. Lew
veronica.lew@morganlewis.com
Melissa M. Story
melissa.story@morganlewis.com
Susan Stradley
susan.stradley@morganlewis.com

**Kirkland & Ellis LLP**
Anna Rotman
anna.rotman@kirkland.com
Adam R. Alper
aalper@kirkland.com
Michael W. De Vries
michael.devries@kirkland.com
Benjamin Allen Herbert
benjamin.herbert@kirkland.com
609 Main, Suite 4600
Houston, Texas 77002
*Counsel for Certarus (USA) Ltd.*

*/s/ John A. Yates*
John A. Yates