IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. Well Services, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | No. 4:21-cv-3441-LHR |
| VoltaGrid LLC, Nathan Ough, and Certarus | § | |
| (USA) Ltd., and Jared Oehring, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff U.S. Well Services, LLC ("USWS") files this Notice of Voluntary Dismissal With Prejudice, and hereby dismisses with prejudice all claims against Defendants VoltaGrid LLC ("VoltaGrid") and Nathan Ough ("Ough"), including without limitation the pending motion for preliminary injunction.

Neither VoltaGrid nor Ough has served an answer or a motion for summary judgment in this action. Costs and fees are to be borne by the party incurring them except to the extent agreed otherwise by the parties.

Dated: January 24, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/John A. Yates
　　　　　　　　　　　　　　　　　　　　　　John A. Yates
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24056569
　　　　　　　　　　　　　　　　　　　　　　SDTX Fed. ID No. 1086753
　　　　　　　　　　　　　　　　　　　　　　jyates@pattersonsheridan.com
　　　　　　　　　　　　　　　　　　　　　　B. Todd Patterson
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00789537
　　　　　　　　　　　　　　　　　　　　　　SDTX Fed. ID No. 17583
　　　　　　　　　　　　　　　　　　　　　　tpatterson@pattersonsheridan.com
　　　　　　　　　　　　　　　　　　　　　　Kyrie K. Cameron
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24097450
　　　　　　　　　　　　　　　　　　　　　　SDTX Fed. ID No. 3528921
　　　　　　　　　　　　　　　　　　　　　　kcameron@pattersonsheridan.com
　　　　　　　　　　　　　　　　　　　　　　Edgar N. Gonzalez
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24092431
　　　　　　　　　　　　　　　　　　　　　　SDTX Fed. ID No. 3607002
　　　　　　　　　　　　　　　　　　　　　　egonzalez@pattersonsheridan.com
　　　　　　　　　　　　　　　　　　　　　　Joshua Hain Park
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar. No. 24121766
　　　　　　　　　　　　　　　　　　　　　　SDTX Fed. ID No. 3653542
　　　　　　　　　　　　　　　　　　　　　　jpark@pattersonsheridan.com

　　　　　　　　　　　　　　　　　　　　　　**PATTERSON + SHERIDAN LLP**
　　　　　　　　　　　　　　　　　　　　　　24 Greenway Plaza, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　　　　　　　　(Tel): 713-623-4844
　　　　　　　　　　　　　　　　　　　　　　(Fax): 713-623-4846
　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff,***
　　　　　　　　　　　　　　　　　　　　　　***U.S. Well Services, LLC***

## CERTIFICATE OF SERVICE

　　　I certify that, on January 24, 2022, I served a copy of the foregoing document on the following counsel of record via the Court's CM/ECF system.

**Kirkland & Ellis LLP**
Anna Rotman
anna.rotman@kirkland.com
Adam R. Alper
aalper@kirkland.com
Michael W. De Vries
michael.devries@kirkland.com
Benjamin Allen Herbert

benjamin.herbert@kirkland.com
609 Main, Suite 4600
Houston, Texas 77002
*Counsel for Defendant Certarus (USA) Ltd.*

**MORGAN, LEWIS & BOCKIUS LLP**
C. Erik Hawes
erik.hawes@morganlewis.com
Seth M. Gerber (admitted pro hac vice)
seth.gerber@morganlewis.com
Jared Wilkerson
jared.wilkerson@morganlewis.com
Thomas R. Davis
thomas.davis@morganlewis.com
Claire Swift Kugler
claire.kugler@morganlewis.com
Archis (Neil) V. Ozarkar
neil.ozarkar@morganlewis.com
Veronica J. Lew
veronica.lew@morganlewis.com
Melissa M. Story
melissa.story@morganlewis.com
Susan Stradley
susan.stradley@morganlewis.com
*Counsel for Defendants VoltaGrid LLC and Nathan Ough*

                                             */s/John A. Yates*
                                             John A. Yates