United States District Court
Southern District of Texas
**ENTERED**
January 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| US WELL SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-21-3441 |
| | § | |
| | § | |
| VOLTAGRID, LLC, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 61), this action is dismissed with prejudice. Each party will bear its own costs.

SIGNED on January 25, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge